E-filing



1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA and
    KATHERINE MILLER, Revenue Officer  CV  09   0630
12
13              Petitioners,                    [proposed]
                                                ORDER TO SHOW CAUSE
14         v.                                   RE: JUDICIAL APPROVAL OF LEVY
                                                UPON PRINCIPAL RESIDENCE
15  ROY Z. HELU and KILISITOFA HELU,
16              Respondents.

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding, it is hereby:

ORDERED that respondents Roy Z. Helu and Kilisitofa Helu appear before this Court on the \_\_\_7th\_\_\_ day of \_\_April\_\_, 2009, at \_9:00\_ a.m, in Courtroom No. \_\_E\_\_, \_15th\_Floor, United States District Court, \_\_Northern District\_\_, \_\_of\_\_, California, and then and there show cause, if any, why the IRS should not be granted approval to levy upon respondents' principal residence, and provide documents and testimony, if any, which demonstrates that (26 C.F.R. § 301.6334-1(d)(2)):

A.   The underlying liabilities have been satisfied;

B.   Respondents have other assets from which the liabilities can be satisfied; or

C.   The Internal Revenue Service did not follow the applicable laws or procedures pertaining to the levy; and it is further

1  ORDERED that a copy of this Order to Show Cause, together with a copy of the aforementioned
2  petition and supporting declarations, be served upon said respondent in accordance with Rule 4 of the
3  Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above
4  specified; and it is further
5  ORDERED that within twenty-one (21) days before the return date of this Order, respondent may
6  file and serve a written response to the petition, supported by appropriate affidavit(s) or declarations(s) in
7  conformance with 28 U.S.C. § 1746, that the petitioner may file and serve a written reply to such
8  response, if any, within fourteen (14) days before the return date of this Order, and only those issues
9  raised by the pleadings will be considered on the return date of this Order, and only those issues raised by
10 motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or
11 declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition
12 will be considered admitted.
13 ORDERED this __26__ day of __February__, 2009, at __San Francisco__, California.



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Elizabeth D. Laporte

[proposed] Order To Show Cause Re: Judicial Approval
of Levy Upon Principal Residence (No.                   - 2 -