JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASB 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMEREICA and KATHERINE MILLER, Revenue Officer,<br><br>Petitioners,<br><br>vs.<br><br>ROY Z. HELU and KILISITOFA HELU,<br><br>Respondents. | Case No. C-09-0630-EDL<br><br><br><br>STIPULATION TO CONTINUE HEARING AND [proposed] ORDER THEREON |

It is hereby stipulated by and between Petitioners and Respondents, Roy Z. Helu and Kilisitofa Helu, through their respective counsel, that the hearing on this matter be continued from May 26, 2009 to July 7, 2009 at 9:00 a.m.  This continuance will allow respondents adequate time to list the subject real property with a real estate agent for sale, so that it might be sold to satisfy tax debts without IRS levy on their principal residence.

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney


/s/ Cindy Ho                                        /s/ Thomas Moore
CINDY HO                                            THOMAS MOORE
Attorney for Respondents                            Assistant United States Attorney
                                                    Tax Division
                                                    Attorneys for Petitioner


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: May 22, 2009
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE