UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KATHERINE MILLER, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> ROY Z. HELU and KILISITOFA HELU, <br><br> Respondents. | No. CV-09-0630-EDL <br><br> [proposed] <br> **ORDER GRANTING PETITION FOR LEVY ON PRINCIPAL RESIDENCE** |

    This matter having come before the undersigned upon the Petition of the United States and Katherine Miller and accompanying Declarations, and the Court having issued an Order to Show Cause Re: Judicial Approval Of Levy Upon Principal Residence, which was properly served upon Roy Z. Helu and Kilisitofa Helu, and upon the Court's finding that no cause has been shown by respondents why the IRS should not be granted approval to levy upon respondents' principal residence, upon consideration of the Court,

    IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition For Judicial Approval of Levy Upon Principal Residence.  The Internal Revenue Service may levy upon Roy Z. Helu and Kilisitofa Helu's interest in the real property located at 685 Dunhill Drive, Danville, California to satisfy part or all of the unpaid tax liabilities of respondent Roy Z. Helu for the taxable years 1997 through 2000, inclusive, and of respondent Kilisitofa Helu for the taxable years 1998 through 2000, inclusive, which may be executed by any authorized officer of the Internal Revenue Service.

    Dated this __5_ day of April, ~~2009~~ 2011.

_____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*